UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:24-CR-00240 |
| v. | (Chief Judge Brann) |
| ANTHONY EVANS | |
| Defendant. | |

INDICTMENT

FILED
SCRANTON

SEP 10 2024

PER ____DJ____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 1791(a)(2)
(Possessing Contraband in Prison)

On or about July 15, 2024, at the Federal Correctional Institution Allenwood, in Union County, within the Middle District of Pennsylvania, the defendant,

ANTHONY EVANS,

being an inmate of the Federal Correctional Institution Allenwood, did knowingly possess a prohibited object, that is, a weapon and object designed to be used as a weapon, specifically a six-inch piece of metal sharpened to a point with a cloth handle.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*[signature]*

TATUM R. WILSON
Assistant United States Attorney

By TRW

9-10-2024

Date